DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue, 34th Floor
New York, New York 10158
Telephone: (212) 557-7200
Facsimile: (212) 286-1884
Larry Hutcher
E-mail: lkh@dhclegal.com
Michael Wexelbaum
E-mail: mw@dhclegal.com
Richard Wolter
E-mail: rw@dhclegal.com

*Attorneys for Defendants Other Than
Wayne Sturman and Marc Gleitman*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

ARNOLD ROSENSHEIN d/b/a PARK
WEST REALTY CO.,

                Plaintiff,

- against -

DAVID KUSHNER, JEFFREY MESHEL, WAYNE STURMAN, MARC GLEITMAN, PARADIGM CREDIT CORP., PARADIGM CAPITAL GROUP, LLC, PARADIGM CAPITAL FUNDING, LLC, MERCURY CREDIT CORP., MERCURY CAPITAL CORP., PARADIGM MONROE CENTER III, LLC, PARADIGM EXCHANGE LLC, EXCHANGE PARTNERS GROUP LLC, PCF EXCHANGE LLC, PARADIGM ELIZABETH LLC, PARADIGM EAST HANOVER LLC, EAST HANOVER PARTNERS LLC, TULIPAN INDURSKY & SONS LLC and JOHN DOES and ABC CORPS., said names being fictitious,

                Defendants.

Case No. 15 cv 7397 (DLC)

**NOTICE OF APPEARANCE**

---

      PLEASE TAKE NOTICE THAT Richard Wolter appears as counsel of record for DAVID KUSHNER, JEFFREY MESHEL, PARADIGM CREDIT CORP., PARADIGM CAPITAL GROUP, LLC, PARADIGM CAPITAL FUNDING, LLC, MERCURY CREDIT

CORP., MERCURY CAPITAL CORP., PARADIGM MONROE CENTER III, LLC, PARADIGM EXCHANGE LLC, EXCHANGE PARTNERS GROUP LLC, PCF EXCHANGE LLC, PARADIGM ELIZABETH LLC, PARADIGM EAST HANOVER LLC, EAST HANOVER PARTNERS LLC, TULIPAN INDURSKY & SONS LLC. All papers shall be served on Richard Wolter at the address set forth below.

Dated: New York, New York
April 12, 2016

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for Defendants David Kushner, Jeffrey Meshel, Paradigm Credit Corp., Paradigm Capital Group, LLC, Paradigm Capital Funding, LLC, Mercury Credit Corp., Mercury Capital Corp., Paradigm Monroe Center III, LLC, Paradigm Exchange LLC, Exchange Partners Group LLC, PCF Exchange LLC, Paradigm Elizabeth LLC, Paradigm East Hanover LLC, East Hanover Partners LLC, Tulipan Indursky & Sons*

By: _____
Richard Wolter
605 Third Avenue, 34th Floor
New York, New York 10158
(212) 557-7200
rw@dhclegal.com

To:  Michael Colin Barrows
     Law Offices of Anthony A. Capetola
     Two Hillside Avenue, Bldg., C
     Williston Park, New York 11596
     (516)746-2300
     mbarrows@capetolalaw.com

     Mark Ira Chinitz
     Stein, Riso, Mantel, LLP
     Chrysler Building
     405 Lexington Avenue
     New York, New York 10174

2

(212) 599-1515
Mark.Chinitz@srmmlaw.com