UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

N.Y.S.D. Case #
15-cv-7397(DLC)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of May, two thousand and seventeen.

_____

Arnold Rosenshein, DBA Park West Realty Co.,

    Plaintiff - Appellant

v.

Jeffrey Meshel, Paradigm Credit Corp., Mercury Credit Corp., Paradigm Capital Group, LLC., Paradigm Capital Funding, LLC., Mercury Capital Corp., Paradigm Monroe Center IIII, LLC, Paradigm Exchange LLC, Exchange Partners Group LLC, PCF Exchange LLC, Paradigm Elizabeth LLC., Paradigm East Hanover LLC, East Hanover Partners LLC, Tulipan Indursky & Sons LLC,

STATEMENT OF COSTS
Docket No. 16-3189

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 11, 2017

    Defendants - Cross-Defendants - Appellees,

Wayne Sturman, John Does, ABC Corps., David Kushner,

    Defendants - Appellees,

Marc Gleitman,

    Defendant - Cross-Claimant - Appellee.

_____

    IT IS HEREBY ORDERED that costs are taxed in the amount of $168.60 in favor of the Defendants - Cross-Defendants - Appellees and the Defendants - Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/11/2017